IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRACY GILLIS-SCHULZE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 4:13-cv-00233 |
| COLUMBIA NORTH TEXAS SUBSIDIARY GP, L.L.C. D/B/A MEDICAL CENTER OF PLANO AND COLUMBIA MEDICAL CENTER OF PLANO SUBSIDIARY, L.P. D/B/A MEDICAL CENTER OF PLANO, | § § § § § | |
| Defendants. | | |

## NOTICE OF SETTLEMENT

The parties hereby give notice of settlement of all issues in this case. The parties are finalizing the settlement papers and anticipate that the pertinent stipulation of voluntary dismissal with prejudice will be filed within the next 30 days. In the interim, the parties request a stay of all remaining deadlines in this case.

Dated this 24th day of May, 2013.

Respectfully submitted,

_/s/ Laura E. Calhoun_____
Laura E. Calhoun
Texas Bar No. 06342400
Law Office of Laura Calhoun, P.C.
5068 W. Plano Pkwy., Suite 300
Plano, Texas 75093
(972) 447-8301 Telephone
(972) 447-8302 Facsimile
laura@lauracalhounlaw.com

ATTORNEY FOR PLAINTIFF

        */s/ Nancy L. Patterson*
        Nancy L. Patterson
        Federal Bar No. 10221
        State Bar No. 15603520
        Erin E. O'Driscoll
        Federal Bar No. 582983
        Texas State Bar No. 24041610
        MORGAN, LEWIS & BOCKIUS LLP
        1000 Louisiana, Suite 4000
        Houston, Texas 77002
        (713) 890-5000 - Telephone
        (713) 890-5001 – Facsimile
        npatterson@morganlewis.com
        eodriscoll@morganlewis.com

        ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

    I certify that on this the 24th of May 2013, a true and correct copy of the foregoing was served upon the following parties via CM/ECF:

        Laura E. Calhoun
        Law Office of Laura Calhoun, P.C.
        5068 W. Plano Pkwy., Suite 300
        Plano, Texas 75093

        */s/ Erin E. O'Driscoll*
        Erin E. O'Driscoll

DB1/ 74303491.1