IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TRACY GILLIS-SCHULZE,<br>  Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO. 4:13-cv-233<br>JURY |
| COLUMBIA NORTH TEXAS<br>SUBSIDIARY GP, L.L.C. d/b/a<br>MEDICAL CENTER OF PLANO and<br>COLUMBIA MEDICAL CENTER OF<br>PLANO SUBSIDIARY, L.P. d/b/a<br>MEDICAL CENTER OF PLANO,<br>  Defendants. | § § § § § § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice [de #8]. Accordingly, the following disposition is appropriate.

**IT IS ORDERED** that all claims and causes of action that were brought or could have been brought by Plaintiff or Defendants in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE.**

**THEREFORE**, **IT IS ORDERED** that the above-styled and numbered cause is dismissed in its entirety with prejudice, each party to bear their own costs, expenses and attorneys' fees incurred. All relief not expressly granted herein is hereby **DENIED** and this Order is in all things **FINAL**.

SO ORDERED.

**SIGNED this the 19th day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE